

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00258-CR

TAMMIE HAMPTON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT
## ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered appellant's "Motion To Abate Appeal And Release Bond," which we construe as a motion to permanently abate this appeal. Attached to the motion was Hampton's obituary showing that she died on Friday, August 5, 2011.

---

[1]See Tex. R. App. P. 47.1.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993). Under these circumstances, the appropriate disposition is the permanent abatement of the appeal. *See* Tex. R. App. P. 7.1(a)(2).

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion to permanently abate the appeal should be granted. It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: November 3, 2011

2